# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 06cr917-IEG |
|---|---|
| Plaintiff, | Order Construing Letter as Motion to Modify Sentence; Denying Motion |
| vs. | |
| ALBERTO GIRON-CISNEROS, | |
| Defendant. | |

On March 3, 2009, the Court granted the Probation Department's request to issue a warrant based upon Defendant's violation of the conditions of his supervised release.  As a result, a detainer has been lodged against him with the Bureau of Prisons.  The Court has received a letter from Defendant, in which he requests the Court withdraw the detainer and dismiss any pending charges concerning this case. The Court construes Defendant's letter as a motion to modify his sentence; however, there is no legal or factual basis for such relief.  The Court DENIES Defendant's motion.

**IT IS SO ORDERED**.

**DATED:  May 12, 2009**

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**

06cr917